**Order entered November 22, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00956-CV

## DERM GROWTH PARTNERS I, LLC, Appellant

## V.

## ROBERT P. SELKIN, M.D., ET AL., Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-11616

## ORDER

Before the Court is the parties' November 18, 2021 agreed motion to extend the time to file their respective briefs. We **GRANT** the motion. Appellant shall file its brief on or before December 21, 2021 and appellees shall file their brief on or before February 1, 2022.

/s/   CRAIG SMITH
      JUSTICE